B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT
### District of New Jersey (Newark)

In re:   Kwadwo Osei Agyemang                                    Case No. 14-24903-RG

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Rushmore Loan Management Services as Servicer for MTGLQ Investors, LP** | JP Morgan Chase Bank, National Association |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

**Name and Address where notices to transferee Should be sent:**

Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

**Court Claim # (if known):** 13-1; 13-2
**Amount of Claim:** $40,362.50
**Date Claim Filed:** 7/21/2015

**Phone: 888-504-6700**                                          Phone: _____

**Last Four Digits of Acct #:**   3141                           **Last Four Digits of Acct. #:**   7650

**Name and Address where transferee payments Should be sent (if different from above):**

Rushmore Loan Management Services
P.O. Box 52708
Los Angeles, CA 92619-2708

**Phone: 888-504-6700**

Last Four Digits of Acct #:   3141

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/*Nicholas J. Purcell*                                     Date: **4-5-2016**
**Transferee/Transferee's Agent**

 *Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.