

Order Filed on June 10, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY Caption in Compliance with D.N.J. LBR 9004-2(c) **LEOPOLD & ASSOCIATES, PLLC** BY: Matthew Siti, Esquire (Atty. I.D.# 202032017) 80 Business Park Drive, Suite 110 Armonk, NY 10504 Tel: (914) 219-5787 Attorneys for Rushmore Loan Management Services, LLC in its capacity as servicer for MTGLQ Investors, LP | |
| IN re: Kwadwo Osei Agyemang, Debtor | Case No.: 14-24903-RG Chapter: 13 Judge: Rosemary Gambardella |

## ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

DATED: June 10, 2019

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)
Debtor: Kwadwo Osei Agyemang
Case No: 14-24903-RG
Caption of Order: ORDER VACATING STAY

---

Upon the motion of **Rushmore Loan Management Services, LLC in its capacity as servicer for MTGLQ Investors, LP**, or its successors or assignees, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) or appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

10 Westline Avenue, Union, NJ 07083

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.